Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

August 1, 2019

WILLIAM M. McCOOL, Clerk

By _____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MARIE CHRISTINE FANYO-PATCHOU,<br>RODRIGUE FODJO KAMDEN, and,<br>CHRISTIAN FREDY DJOKO,<br><br>Defendants. | NO. CR19-146 JCC<br><br>INDICTMENT |

The Grand Jury alleges that:

### General Allegations

At all times material to this Indictment:

1. Defendants MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEN, and CHRISTIAN FREDY DJOKO were from Cameroon, a country in West Africa. John Doe was also from Cameroon. The defendants and John Doe lived in the United States during the years 2017 and 2018.

2. According to the U.S. Department of State's Cameroon 2018 Human Rights Report, in Cameroon, consensual same-sex sexual activity is illegal and punishable by imprisonment for a term lasting between six months and five years. The Report further describes that members of the Lesbian, Bisexual, Gay, Transgender, and

Queer community in Cameroon are routinely targeted for violence and threats of violence because of their real or perceived sexual orientation or gender identity.

3. John Doe is gay. He relocated to the United States in or around 2014. While in the United States, John Doe met his husband and they married in approximately 2016.

## COUNT 1
### (Conspiracy to Engage in Cyberstalking)

4. The allegations contained in Paragraphs 1 through 3 of this Indictment are re-alleged and incorporated into Count 1 as if set forth fully herein.

5. Beginning at a time unknown and within the last five years, and continuing through on or about November 3, 2018, in King and Snohomish Counties, within the Western District of Washington, and elsewhere, MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEN, CHRISTIAN FREDY DJOKO, and others known and unknown to the Grand Jury, conspired and agreed together to, with the intent to harass and intimidate John Doe, use an interactive computer service, an electronic communications service, an electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, to wit: text messages, online postings, and social media messaging and posting, including WhatsApp and Facebook, to engage in a course of conduct that:

    a. Placed John Doe in reasonable fear of serious bodily injury to John Doe and John Doe's immediately family members, and,

    b. Caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to John Doe and John Doe's immediate family members,

in violation of Title 18, United States Code, Sections 2261A(2)(A) and (2)(B).

### MANNER AND MEANS OF THE CONSPIRACY

6. MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEN, CHRISTIAN FREDY DJOKO, and other co-conspirators, carried out the

conspiracy through the use of a variety of electronic communication applications, including Facebook and WhatsApp, through which they harassed and intimidated John Doe by distributing and disseminating personal and intimate materials relating to John Doe's sexual orientation to other members of the Cameroonian communities in the United States and Cameroon, and made threatening statements designed to place John Doe and his family members in fear of serious bodily injury.

## OVERT ACTS

During and in furtherance of the conspiracy, within the Western District of Washington and elsewhere, one or more of the following overt acts, among others, were committed:

7. During September 2018, FANYO-PATCHOU moved out of John Doe's residence and took with her a cell phone that contained copies of John Doe's personal photographs that documented his marriage and relationship to a man. Some of the photographs on the cell phone of John Doe were intimate in nature and contained nudity.

8. On or about October 4, 2018, in a WhatsApp messaging exchange, KAMDEN asked FANYO-PATCHOU to send him all the materials that she had pertaining to John Doe.

9. Between on or about October 16, 2018, and October 18, 2018, FANYO-PATCHOU used WhatsApp to send photographs and materials about John Doe and his husband to KAMDEN. These photographs and materials included a copy of John Doe's marriage certificate, a photograph of John Doe kissing his husband, a photograph of John Doe and his husband in a hotel room, and a nude photograph of John Doe.

10. Between on or about October 16, 2018, and November 3, 2018, KAMDEN uploaded the same photographs sent to him by FANYO-PATCHOU in at least one publicly available post over Facebook. KAMDEN further disseminated the photographs to other persons in the Cameroonian community, using text message and various social media platforms, including WhatsApp and Facebook.

11. For example, on or about October 17, 2018, KAMDEN, using WhatsApp,

communicated with "Chao" and sent several photographs of John Doe with his husband. These included photographs of John Doe and his husband kissing, the biographic page of John Doe's passport, and John Doe's Facebook Messenger contact profile. KAMDEN had previously obtained the biographic page of John Doe's passport from DJOKO, who previously sent it to KAMDEN using WhatsApp on or about September 28, 2018.

12. On or about October 21, 2018, as part of the defendants' course of conduct to place John Doe in fear of serious bodily injury, KAMDEN and DJOKO physically assaulted John Doe. During the assault, KAMDEN and DJOKO, in French, called John Doe a "faggot," stated, "she tried to make you change but you didn't want to," (referring to FANYO-PATCHOU), and made other derogatory comments about John Doe's sexual orientation.

13. On or about October 25, 2018, FANYO-PATCHOU, using Facebook, publicly posted this statement referring to John Doe: "The faggot of Seattle needs to kill himself after writing his will."

14. In October 2018, John Doe received a WhatsApp message from an unknown co-conspirator using a phone number with a Cameroonian country code. The message stated, "[John Doe] will you really never change? Fanyo told us she did everything in the world to change you to make you hetero. You're still remaining a faggot? Here's your faggot direct from Fanyo." The message included a photograph of John Doe with his husband. This was one of the photographs on the cell phone taken by FANYO-PATCHOU that she had also sent to KAMDEN using WhatsApp.

15. In October 2018, John Doe received a message on WhatsApp from another unknown co-conspirator with a phone number with a Cameroonian country code. The message stated: "[John Doe] we have your skin. Did you think you could run away from Cameroon to bake? You can't escape, Fanyo is in the United States and we will do everything to destroy your marriage. You saw what we did to your mom's house? It's just the beginning. A faggot family from the father to the children. We have your

address. We'll finish you." At that time, John Doe was aware of a recent incident involving the vandalism of his mother's home in Cameroon.

16. In and around early November 2018, KAMDEN published information on Facebook stating that John Doe is gay and falsely stating that John Doe was "prostituting" himself in the United States to make money.

17. On or about November 1, 2018, DJOKO, using WhatsApp, sent to KAMDEN a photograph of an array of printed copies of photographs of FANYO-PATCHOU with John Doe, along with a printed copy of John Doe's marriage certificate. DJOKO and KAMDEN then discussed when to publish this material, and KAMDEN confirmed, "I posted."

18. On or about November 1, 2018, KAMDEN, using WhatsApp, sent a text message to DJOKO stating, "I will send you you can publish," along with a digital copy of a photograph of John Doe and his husband in a motel room in their pajamas. DJOKO responded "[I]t's already done on face," referring to having posted the photo on Facebook.

19. On or about October 31, 2018, KAMDEN, using WhatsApp, sent a message to John Doe's stepmother who resides in Cameroon. The message was a screen shot of a photograph gallery that contained images of John Doe with his husband and a nude photograph of John Doe.

20. On or about November 2, 2018, KAMDEN, using WhatsApp, sent another message to John Doe's stepmother. This message was a screenshot of KAMDEN's Facebook page that contained a post stating John Doe "was a homosexual," and falsely stating "that he prostituted himself for money," and that he was physically abusive toward FANYO-PATCHOU, after which she became "infected with a STD."

21. Also on November 2, 2018, KAMDEN, using WhatsApp, sent to John Doe's father photographs of John Doe, including intimate photographs of John Doe and his husband.

All in violation of Title 18, United States Code, Section 371.

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 2

### (Interstate Stalking)

22. The allegations contained in Paragraphs 1-3, and 7-21 of this Indictment are re-alleged and incorporated into Count 2 as if set forth fully herein.

23. Beginning in or about September 2018, and continuing through on or November 3, 2018, in King and Snohomish Counties, within the Western District of Washington, and elsewhere, MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEN, and CHRISTIAN FREDY DJOKO, with the intent to harass and intimidate John Doe, used, and aided and abetted the use of, an interactive computer service, an electronic communication service, and electronic communication system of interstate commerce, and other facilities of interstate and foreign commerce, to wit: text messages, online postings, and social media messaging and posting, including WhatsApp and Facebook, to engage in a course of conduct that:

   a. Placed John Doe in reasonable fear of serious bodily injury to John Doe and John Doe's immediately family members, and,

   b. Caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to John Doe and John Doe's immediate family members.

24. The Grand Jury alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1 above.

1  All in violation of Title 18, United States Code, Sections 2 and 2261A(2)(A)
2  and (2)(B).

3  A TRUE BILL.
4  DATED: August 1, 2019

5  *Signature of the foreperson is redacted*
6  *pursuant to the policy of the Judicial*
   *Conference of the United States*
7  FOREPERSON

8  
9  _____
   BRIAN T. MORAN
10 United States Attorney
11
12 _____
13 TODD GREENBERG
14 Assistant United States Attorney
15
16 _____
17 YE-TING WOO
18 Assistant United States Attorney
19
20 _____
21 FRANK LIN
   Senior Counsel
22 Computer Crime and Intellectual Property Section
23 U.S. Department of Justice
24
25
26
27
28

INDICTMENT/*United States v. Fanyo-Patchou, et al.* - 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970