# DEFENDANT STATUS SHEET
(One for each defendant)

### I.   CASE STATUS

Name of Defendant: Marie Christine Fanyo-Patchou

Has defendant had initial appearance in this case?   ☐ Yes   ☒ No

MJ                       CR

### II.   CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III.   ARRAIGNMENT

☒ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

　　Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

　　Defense Attorney's Name and address:

The estimated trial time is   4-6   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

### I. CASE STATUS

Name of Defendant: Rodrigue Fodjo Kamden

Has defendant had initial appearance in this case?  ☐ Yes  ☑ No

    MJ                      CR

### II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is   4-6   days.

(Revised March 2018)

# DEFENDANT STATUS SHEET
(One for each defendant)

### I. CASE STATUS

Name of Defendant: Christian Fredy Djoko

Has defendant had initial appearance in this case?  ☐ Yes   ☑ No

    MJ                        CR

### II. CUSTODIAL STATUS

If defendant had initial appearance, please check one of the following:

☐ Continue Conditions of Release

☐ Continue Detention

☐ Temporary Detention, a detention hearing has been scheduled for

### III. ARRAIGNMENT

☑ Warrant to Issue (If so, please complete *Defendant Arrest Warrant Info Sheet*)

☐ Summons to be Issued for Appearance on

    Defendant's Address:

☐ Letter to Defense Counsel for Appearance on

    Defense Attorney's Name and address:

The estimated trial time is   4-6   days.

(Revised March 2018)