UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

Plaintiff,

v.

MARIE CHRISTINE FANYO-PATCHOU,

Defendant.

CASE NO. 19-146 JCC

**DETENTION ORDER**

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is from Cameroon and charged with interstate stalking. She was initially arrested on the east coast and told the pretrial office there that her boyfriend is a "Mr. Smith." When she was interviewed here in Seattle, she told the pretrial office her boyfriend is Mr. Epps and requested she be released to live in Washington D.C. Defendant's ties to Washington D.C. or this community are not strong. She has lived in the United States only since 2017. She lived in

Maryland for less than a year and Washington D.C. for less than 4 months. She has no family ties in this country as her family resides in Cameroon. Defendant requested release although she has no place to live in Seattle and at best, her relatives are attempting to rent an apartment for her. Given defendants lack of ties to any community, lack of employment and ties to Cameroon, she presents a serious risk of flight. The government also proffered that defendant was a primary instigator in the alleged offense which placed the alleged victim in jeopardy for his safety and that defendant is also a danger to community.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 11th day of September, 2019.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 3