UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIE CHRISTINE FANYO-PATCHOU,<br><br>Defendant. | CASE NO. 19-146 JCC<br><br>**ORDER DENYING MOTION TO REOPEN OR RECONSIDER DETENTION** |

The Court **DENIES** defendant's motion to reopen or reconsider detention. Dkt. 80. Defendant seeks reconsideration arguing a friend has signed a lease for a Seattle apartment in which defendant may reside. However, as the Court found in its order of detention, defendant is from Cameroon and charged with interstate stalking. She was initially arrested on the east coast and told the pretrial office there that her boyfriend is a "Mr. Smith." When she was interviewed here in Seattle, she told the pretrial office her boyfriend is Mr. Epps and asked to be released to live in Washington D.C. Mr. Epps apparently is willing to sign a lease for a Seattle Apartment.

However, defendant's ties to the community are weak. Defendant has been in the country for two years, lived in Maryland for less than a year and Washington D.C. for less than 4 months. She has no family ties in this country as her family resides in Cameroon. Given defendants lack of ties to any community, short length of time in the country and ties to Cameroon, she presents a

serious risk of flight. The availability of an apartment does not alter these risk factors. The government also proffered defendant was a primary instigator in the alleged offense which placed the alleged victim in jeopardy for his safety and that defendant is also a danger to community. The Court thus **ORDERS** defendant's motion to reconsider or reopen is **DENIED**.

DATED this 1st day of October, 2019.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER DENYING MOTION TO REOPEN
OR RECONSIDER DETENTION - 2