UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEM, and CHRISTIAN FREDY DJOKO, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion (Dkt. No. 100) to extend the due date of the Government's response to Defendants' motion (Dkt. No. 97) to dismiss and for a bill of particulars. Having reviewed the motion and the relevant record, the Court finds that there is good cause to extend the due date of the Government's response. The Court therefore ORDERS that the Government must respond to Defendants' motion by November 6, 2019. The Court also DIRECTS the Clerk to re-note Defendants' motion (Dkt. No. 97) for November 8, 2019.

//

//

1   DATED this 30th day of October 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR19-0146-JCC
PAGE - 2