THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARIE CHRISTINE FANYO-PATCHOU, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's motion for an extension of time to file a response (Dkt. No. 111). Currently, the Government must file its response to Defendant Marie Christine Fanyo-Patchou's motion for review of a detention order (Dkt. No. 108) on November 19, 2019. The Government asks the Court to extend the due date for its response to Tuesday, November 26, 2019, because counsel for the Government has been traveling since Ms. Fanyo-Patchou filed her motion. (*See* Dkt. No. 111 at 1–2.) The Court recognizes the Government's need for additional time. However, the Court also recognizes that Ms. Fanyo-Patchou is in custody while she waits for the Court to rule on her motion. (*See* Dkt. No. 83.) It is, therefore, particularly important for the Court to quickly resolve Ms. Fanyo-Patchou's motion. Accordingly, the Court GRANTS the Government a limited extension of time. The Government

1 | must file its response to Ms. Fanyo-Patchou's motion (Dkt. No. 108) by Friday, November 22,
2 | 2019. The Clerk is DIRECTED to re-note the motion for Wednesday, November 27, 2019.
3 | DATED this 18th day of November 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR19-0146-JCC
PAGE - 2