THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARIE CHRISTINE FANYO-PATCHOU, | |
| Defendant. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. On December 12, 2019, the Court issued an order (Dkt. No. 127) revoking the detention order for Defendant Marie Christine Fanyo-Patchou (Dkt. No. 70), which was issued by the Honorable Brian A. Tsuchida, United States Magistrate Judge. The Court hereby REFERS to Judge Tsuchida all further proceedings relating to Ms. Fanyo-Patchou's release.

DATED this 12th day of December 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
CR19-0146-JCC
PAGE - 1