UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEM, and CHRISTIAN FREDY DJOKO, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' unopposed motion to extend the deadline for Defendants to respond to the Government's motion for entry of an amended discovery protection order (Dkt. No. 153). The court hereby GRANTS the motion and ORDERS that Defendants must respond to the Government's motion by February 28, 2020. The Clerk is DIRECTED to re-note the Government's motion (Dkt. No. 152) for the Court's consideration on March 6, 2020. If the Government chooses to file a reply, it must do so by March 6, 2020.

//
//
//

1  DATED this 13th day of February 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk