THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEM, and CHRISTIAN FREDY DJOKO, | |
| Defendants. | |

The following minute order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendants' motion to file an amended motion to dismiss and set a revised briefing schedule (Dkt. No. 157). Having reviewed the parties' briefing, the Court finds that it would be most efficient for Defendants to file one motion to dismiss containing all their arguments. Accordingly, the Court GRANTS Defendant's motion (Dkt. No. 157) and ORDERS as follows:

1. Defendants must file an amended motion to dismiss by March 18, 2020.
2. The Government must file its response to Defendants' amended motion to dismiss by April 1, 2020.
3. Defendants must file their reply by April 8, 2020.

MINUTE ORDER
CR19-0146-JCC
PAGE - 1

4. The Clerk is DIRECTED to note the amended motion to dismiss for the Court's consideration on April 8, 2020, once Defendants file the amended motion.

5. The Court DENIES Defendants' motion to file an over-length motion and brief (Dkt. No. 139) and the Government's motion to file an over-length motion and brief (Dkt. No. 155) as moot. The parties are free to request the Court's permission to file over-length motions and briefs relating to Defendants' amended motion to dismiss.

DATED this 11th day of March 2020.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk