UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
| Plaintiff, | ORDER |
| v. | |
| MARIE CHRISTINE FANYO-PATCHOU, | |
| Defendant. | |

This matter comes before the Court on Defendant Marie Christine Fanyo-Patchou's motion to modify the conditions of her appearance bond (Dkt. No. 161). Ms. Fanyo-Patchou's appearance bond currently restricts her to her residence. (Dkt. No. 133.) However, due to complications relating to her pregnancy, Ms. Fanyo-Patchou must regularly leave her residence to care for her newborn daughter. (Dkt. 161 at 2.) Pretrial Services therefore recommends that the Court modify Ms. Fanyo-Patchou's appearance bond so that she can more easily leave her residence. The Court agrees with that recommendation. Accordingly, the Court GRANTS Ms. Fanyo-Patchou's motion (Dkt. No. 161) and MODIFIES the monitoring condition in her appearance bond (Dkt No. 133) as follows:

> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite technology. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of services, to the extent financially able, as determined by the location monitoring specialist.

The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.

DATED this 18th day of March 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE