THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEM, and, CHRISTIAN FREDY DJOKO, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government and Defendant Christine Marie Fanyo-Patchou's joint motion for an extension of time to submit a proposed scheduling order (Dkt. No. 210). Defendants Kamdem and Djoko do not oppose the motion. Having thoroughly considered the parties' briefing and the relevant record the Court GRANTS the motion.

The parties are DIRECTED to confer and file a proposed scheduling order no later than November 24, 2020. If the parties cannot agree, the parties should identify the areas of disagreement in the filing and contact the Courtroom Deputy to schedule another status conference.

//

MINUTE ORDER
CR19-0146-JCC
PAGE - 1

1 | DATED this 17th day of November 2020.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk