THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

     Plaintiff,

 v.

MARIE CHRISTINE FANYO-PATCHOU,
RODRIGUE FODJO KAMDEM, and,
CHRISTIAN FREDY DJOKO,

     Defendants.

CASE NO. CR19-0146-JCC

ORDER

This matter comes before the Court following a status conference on December 16, 2020. Having thoroughly reviewed the parties' briefing and the relevant record and finding good cause, the Court ORDERS that the parties comply with the following deadlines:

| Pretrial and Trial-Related Matters | Due Dates |
|---|---|
| Parties' disclosure of FRE 404(b) trial evidence | March 14, 2021 |
| Pretrial Motions Due Date<br><br>(*if necessary, parties may request extension of time to file response or reply briefs) | April 1, 2021 |
| Parties' exchange of disclosure of any expert witness | April 1, 2021 |

| Pretrial and Trial-Related Matters | Due Dates |
|---|---|
| Parties' exchange preliminary disclosure of proposed witnesses (nonbinding and subject to amendment) including witnesses outside of the United States | April 14, 2021 |
| Parties' exchange of preliminary disclosure of proposed Trial Exhibits (nonbinding and subject to amendment), including any draft transcripts | May 14, 2021 |
| Parties to file trial briefs, exhibit lists, witness lists, proposed jury instructions, proposed voir dire questions, and verdict forms | May 28, 2021 |
| Government to produce *Jencks* Act statements | June 1, 2021 |

DATED this 16th day of December 2020.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR19-0146-JCC
PAGE - 2