THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. CR19-0146-JCC |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| MARIE CHRISTINE FANYO-PATCHOU, RODRIGUE FODJO KAMDEM, and, CHRISTIAN FREDY DJOKO, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint motion to stay the pretrial deadlines and schedule a status conference to set a new trial date and new pretrial deadlines (Dkt. No. 231). Having considered the parties' briefing and the relevant record and finding good cause, the Court GRANTS the motion. The Court STAYS all pretrial deadlines in Docket Number 221 and will hold a status conference on April 7, 2021 at 9:30 a.m.

//

//

//

//

1          DATED this 30th day of March 2021.

2                                                                William M. McCool
                                                                 Clerk of Court
3
                                                                 s/Paula McNabb
4                                                                Deputy Clerk

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

MINUTE ORDER
CR19-0146-JCC
PAGE - 2