1

2                                          THE HONORABLE JOHN C. COUGHENOUR

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT SEATTLE

10

11   UNITED STATES OF AMERICA,            )   NO. CR 19-146-JCC
                                          )
12                  Plaintiff,            )
                                          )   RESPONSE TO GOVERNMENT
13            vs.                         )   MOTION TO DISMISS INDICTMENT
                                          )
14   MARIE CHRISTINE FANYO-               )
     PATCHOU, RODRIGUE FODJO              )
15   KAMDEM AND CHRISTIAN FREDY           )
     DJOKO,                               )
16                                        )
                    Defendants.           )
17   _____)

18

19        Yesterday the government moved to dismiss the Indictment against Marie

20   Christine Fanyo-Patchou, Rodrigue Fodjo Kamdem and Christian Fredy Djoko. Dkt. 256.

21   Ms. Fanyo-Patchou, Mr. Kamdem and Mr. Djoko, by their respective counsel, agree that

22   the indictment should be dismissed.

23        The government noted the motion for the Court's consideration on September 24.

24   This response is filed to confirm the motion is unopposed and therefore, under the local

25   rules, can be considered today. Ruling on the motion at the Court's first and earliest

26

convenience is in the interests of justice; all three defendants remain on pretrial supervision that includes the Location Monitoring program and deadlines, including pretrial motions due September 17 remain pending.

Respectfully submitted this 14th day of September 2021,

s/ Gregory Geist
s/ Ann Wagner
s/ Jennifer E. Wellman
Assistant Federal Public Defenders
Attorneys for Christian Fredy Djoko

s/ Robert Flennaugh II
s/ Cynthia B. Jones
Attorneys for Rodrigue Fodjo Kamdem

s/ Neil M. Fox
s/ Michael P. Iaria
s/ George Davenport
Attorneys for Marie Christine Fanyo-Patchou

RESPONSE TO MOTION TO DISMISS
INDICTMENT
(*Fanyo-Patchou, et. al.*; CR 19-146JCC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**